IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CORPORATE LODGING CONSULTANTS, INC.,** : | |
| : | **CIVIL ACTION NO. 22-726** |
| **v.** : | |
| **DEANGELO BROTHERS, INC.,** *et al.* : | |

## ORDER

This 17th day of May, 2022, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion for Default Judgment (ECF 8) is **GRANTED.** Judgment is **ENTERED** in favor of Plaintiff and against Defendants DeAngelo Brothers Inc. and DeAngelo Brothers LLC in the total amount of $897,988 representing contractual damages of $883,476, $13,585 in attorneys' fees, and $927 in litigation costs. It is further **ORDERED** that Plaintiff is entitled to post-judgment interest pursuant to 28 U.S.C. § 1961 to be calculated from the date judgment is entered.

/s/ Gerald Austin McHugh
United States District Judge