# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CORPORATE LODGING CONSULTANTS, INC.,** : : : **v.** : : **DeANGELO BROTHERS, INC.,** *et al.* : | CIVIL ACTION NO. 22-726 |

## ORDER

This 14th day of September, 2023, upon consideration of Plaintiff Corporate Lodging Consultants' Motion for Default Judgment (ECF 31) and the supplemental filings, it is hereby **ORDERED** that Plaintiff's motion is **GRANTED**. Judgment is entered in favor of Plaintiff and against Defendants DBI Holdings, LLC and DBI Holding, LLC in the amount of $897,988.04. It is further **ORDERED** that Plaintiff is entitled to post-judgment interest pursuant to 28 U.S.C. § 1961 to be calculated from the date judgment is entered.

/s/ Gerald Austin McHugh
United States District Judge